2077

Kite 1

| NAPHCARE MEDICAL DEPARTMENT<br>SICK CALL REQUEST-MANAGED BY TECHCARE | | Date and Time Received | Received By |
|---|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2W#6 | 459053 | 6-24-23 |

**Complaint (Enfermedad)**

I have not received any Medication in over 48 hours. I know my blood Pressure is extremely high, I have a migraine and it feels like viers are going to bust in my head

Inmate Signature (Recluso firma)

**TRIAGE**
Action Taken ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review
☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental
☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 6-24-23 | 2100 | CS |

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

You are getting Tylenol, Coreg and Catapress ordered.

**A:**

✱ Notes about the response! I arrived at

**P:**
the Jail on 6-23-23 with a 30 day supply
of these Medications. They do not need to be ordered.

**E:**
Also, they did not advise me BP & medication is
that is prescribed. Catapress/Clonidine is used for other

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| KW | 6/25/23 | 1301 |

For Jail Use Only

Jan 2019          White – Chart     Canary – Inmate          Sick Call Request – Bi Lingual

| NAPHCARE MEDICAL DEPARTMENT | Date and Time Received | Received By |
|---|---|---|
| **SICK CALL REQUEST-MANAGED BY TECHCARE** | | |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2N 46 | 459053 | 6-24-23 |

**Complaint (Enfermedad)**

I have been off my anti depressant for 10 days against my request to receive it daily. May I resume the 12mg Emsam?

Inmate Signature (Recluso firma)

Koby Williams

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated  ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 6-24-23 | 2100 | CO |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

duplicate - We can only give you the 6mg at this time. you have

P:

an appointment scheduled

E:

to see the MH provider to discuss this

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| MAN | 6/29 | 1930 |

**For Jail Use Only**

* notes about the refusal: this is confirmation of the refusal to give me the prescribed/effective dose of my Antidepressant.

Jan 2019                White – Chart    Canary – Inmate                Sick Call Request – Bi Lingual

This is not a duplicate. This was the first request.

207L    NOT SUICIDAL    MH    Kite 3

**NaphCare**    HEALTH CARE REQUEST

| | Date and Time Received | Received By |
|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location (Localizacion) | Patient Number (Numero de Paciente) | Today's Date (Fecha) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2w | 459053 | 6-26-23 |

Complaint (Queja/Enfermedad)

I have not received my Antidepressant in 13 days and I am having signs of Acute depression. They include Night Sweats Muscle tension, teeth grinding to the point of Sever headache and severe feelings of guilt, worthlessness, hoplessness, Anxiety and Insomnia.

Patient Signature (Firma del paciente)    Koby Williams

**TRIAGE**

Action Taken
□ Refer to Provider – Sick Call; □ Refer to MH – Sick Call; □ Refer to MH – Chart Review
□ Refer to Medical Records; □ Refer to OB/GYN; □ Refer to Dental
□ Refer to Optometry; □ Nursing Protocol Initiated □ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 6/26/23 | HS medpass | S.F., RN |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:

Emsam patch started 6/27
you have an appointment

P:

E:

✗ Notes about the response: I did recieve my anti depressant, but only at 1/2 the prescribed and effective dose.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| MANN | 6/27 | 1738 |

**Facility Use Only**

?07L    NOT SUICIDAL    MH                                              Kite 3

| **NaphCare** | **HEALTH CARE REQUEST** | **Date and Time Received** | **Received By** |
|---|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location (Localizacion) | Patient Number (Numero de Paciente) | Today's Date (Fecha) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2W ~~B~~ | 459053 | 6-26-23 |

**Complaint (Queja/Enfermedad)**

I have not received my Antidepressant in 13days and I am having signs of Acute depression. They include Night Sweats Muscle tension, teeth grinding to the point of Sever headache and severe Feelings of guilt, Worthlessness, hopelessness, Anxiety and Insomnia.

**Patient Signature (Firma del paciente)** Koby Williams

| TRIAGE | **Action Taken** | ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review<br>☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental<br>☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 6/26/23 | HS medpass | S.F., RN |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:    Emsam patch started 4/27
      You have an appointment

P:    ✗ Notes about the response: I did recieve my
      anti depresant, but only at 1/2 the prescribed and
E:    effective dose.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| MMM | 4/27 | 1738 |

**Facility Use Only**

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | | Date and Time Received | Received By |
|---|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2W 46 | 459053 | 6-24-23 |

**Complaint (Enfermedad)**

I have been off my anti depressan for 10 days against my request to receive it daily. May I resume the 12mg Emsam?

Inmate Signature (Recluso firma) _Koby Williams_

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review<br>☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental<br>☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 6-24-23 | 2100 | CS |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

A: duplicate - we

P: can only give you the 6mg at this time. you have an appointment scheduled

E: to see the MH provider to discuss this

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| _M4N_ | 6/29 | 1930 |

**For Jail Use Only**

* notes about the response: this is confirmation of the refusal to give me the Prescribed/effective dose of my Antidepressant.

Jan 2019     White – Chart    Canary – Inmate     Sick Call Request – Bi Lingual

This is not a Duplicate; this was the first Request.

Kite 4

| NAPHCARE MEDICAL DEPARTMENT | Date and Time Received | Received By |
|---|---|---|
| SICK CALL REQUEST-MANAGED BY TECHCARE | | |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2W 46 | 459053 | 6-27-23 |

**Complaint (Enfermedad)**

I cannot get enough food or nutrition. I have had bariatric surgery and can only eat about 4oz every 2 hours. I am not allowed to keep food in my cell and my tray is taken from me after 12 minutes.

**Inmate Signature (Recluso firma)**
Koby Williams

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review
☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental
☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| | | |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A: When can we send for records regarding bariatric surgery?

P:

* Notes about the response: Nothing important to

E: Note about the response other than, this appears to be a ~~delaying~~ delay tactic.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| Tori | 6/28/23 | |

**For Jail Use Only**

| NAPHCARE MEDICAL DEPARTMENT<br>SICK CALL REQUEST-MANAGED BY TECHCARE | | Date and Time Received | Received By |
|---|---|---|---|

| Name (Nombre)<br>Koby Williams | Date of Birth<br>(Fecha de Nacimiento)<br>4-18-75 | Location/Unit<br>(Posicion/Unidad)<br>2W 4L | Inmate Number<br>(Recluso número)<br>459053 | Today's Date (Edad)<br>6-28-23 |
|---|---|---|---|---|

**Complaint (Enfermedad)**

In response to your question: where can you get
my records concerning my Bariatric Surgery?
Answer: Swedish Medical center in Issaquah, WA

Inmate Signature (Recluso firma)

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review
☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental
☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____

| Face to Face Date<br>6/29/23 | Face to Face Time<br>Am Med pass | Staff Signature |
|---|---|---|

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

**A:** ROI has been sent

**P:** * Notes about the response: this is Just
letting me know that a request has been sent to
**E:** Swedish Medical center for a release of my records
concerning my Bariatric Surgery.

| Nurses / Provider Signature | Date Completed<br>6/30/23 | Time Completed<br>1001 |
|---|---|---|

**For Jail Use Only**

Jan 2019          White – Chart     Canary – Inmate          Sick Call Request – Bi Lingual

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | | Date and Time Received | Received By |
|---|---|---|---|

| Name (Nombre) Koby Williams | Date of Birth (Fecha de Nacimiento) 4-18-75 | Location/Unit (Posicion/Unidad) 2W 4b | Inmate Number (Recluso número) 459053 | Today's Date (Edad) 6-28-23 |
|---|---|---|---|---|

**Complaint (Enfermedad)**

In response to your question: Where can you get
my records concerning my Bariatric Surgery?

Answer: Swedish Medical center in Issaquah, WA

Inmate Signature (Recluso firma)

| TRIAGE | **Action Taken** ☐ Refer to Provider – Sick Call; ☐ Refer to Medical Records; ☐ Refer to Optometry; | ☐ Refer to MH – Sick Call; ☐ Refer to OB/GYN; ☐ Nursing Protocol Initiated | ☐ Refer to MH – Chart Review ☐ Refer to Dental ☐ Other: _____ |
|---|---|---|---|

| Face to Face Date 6/29/23 | Face to Face Time Am Med pass | Staff Signature Tori |
|---|---|---|

**Nursing**
**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**A:**    ROI has been sent

**P:**  * Notes about the response:  this is Just

letting me know that a request has been sent to

**E:**  Swedish Medical center for a release of my records

concerning my Bariatric Surgery.

| Nurses / Provider Signature  q | Date Completed 10/30/23 | Time Completed 1001 |
|---|---|---|

| For Jail Use Only |
|---|

Kite 4

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | | Date and Time Received | Received By |
|---|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Kebby Williams | 4-16-75 | 2W 46 | 459053 | 6-27-23 |

**Complaint (Enfermedad)**

I cannot get enough food or nutrition. I have had bariatric surgery and can only eat about 4oz every 2 hours. I am not allowed to keep food in my cell and my tray is taken from me after 10 minutes.

**Inmate Signature (Recluso firma)**

Kebby Williams

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review ☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental ☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

A: Where can we send for records regarding bariatric surgery?

P:

E: * Notes about the response: Nothing important to Note about the response other than, this appears to be a ~~delaying~~ delay tactic.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| Tori | 6/28/23 | |

For Jail Use Only

Jan 2019          White – Chart     Canary – Inmate          Sick Call Request – Bi Lingual

Kite 6

| NAPHCARE MEDICAL DEPARTMENT | Date and Time Received | Received By |
|---|---|---|
| **SICK CALL REQUEST-MANAGED BY TECHCARE** | | |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Keby Williams | 4-18-75 | 2N 46 | 959053 | 6-28-23 |

**Complaint (Enfermedad)**

I had a video visit with my psychiatrist yesterday and he wants me taking lithium while I am incarcerated in solitary confinement. May I please start taking lithium?

Inmate Signature (Recluso firma) _Kirby Williams_

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review<br>☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental<br>☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| | | |

**Nursing**
S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A:  You can discuss this at your appointment with the MH provider.

P:

E:

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| _MAW_ | 7/5 | 1722 |

**For Jail Use Only**

Jan 2019          White – Chart     Canary – Inmate          Sick Call Request – Bi Lingual

Kite 7

| NAPHCARE MEDICAL DEPARTMENT<br>SICK CALL REQUEST-MANAGED BY TECHCARE | | Date and Time Received | Received By |
|---|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Ruby Richards | 4-18-75 | 3W 46 | 499053 | 6-26-23 |

**Complaint (Enfermedad)**

May I please receive my Buspar Medication at 12 Mg? This is the effective dose and is the amount I was taking before my incarceration.

Inmate Signature (Recluso firma)  *Ruby Richards*

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call;   ☐ Refer to MH – Chart Review<br>☐ Refer to Medical Records;   ☐ Refer to OB/GYN;   ☐ Refer to Dental<br>☐ Refer to Optometry;   ☐ Nursing Protocol Initiated ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| | | |

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**A:** duplicate - we only

**P:** have been approved the 6mg dose at this time. You

**E:** have an appointment with provider scheduled.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| MHN | 7/5 | 1723 |

For Jail Use Only

Kite 7

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | | | Date and Time Received | Received By |
|---|---|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| | 4-18-75 | 3W 46 | 459053 | 6-26-23 |

**Complaint (Enfermedad)**

May I please have my Suboxon Medication at 12 mg? This is the effective dose and is the amount I was taking before my incarceration.

Inmate Signature (Recluso firma)

**TRIAGE**

Action Taken:
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated  ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

A:

P:  duplicate – we only have been approved the 8mg dose at this time. You have an appointment with provider scheduled.

E:

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| | 7/5 | 1723 |

For Jail Use Only

K+c 6

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | Date and Time Received | Received By |
|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2N 46 | #59055 | 6-28-23 |

**Complaint (Enfermedad)**

I had a video visit with my psychiatrist yesterday and he wants me taking lithium while I am incarcerated in Solitary confinement. May I please start taking lithium?

Inmate Signature (Recluso firma)
_Koby Williams_

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

A:    You can discuss this at your appointment with the MH provider.

P:

E:

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
|  | 7/5 | 1722 |

**For Jail Use Only**

Kite 8

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 6-30-23 | 2233 |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2W 58 | 459055 | 6-30-23 |

**Complaint (Enfermedad)**

May I please have a copy of my medical and mental health records & dating back to when I was I ssi booked in on 3-14-23 ?

**Inmate Signature (Recluso firma)**
Koby Williams

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated  ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 6/30/23 | Am Med pass | Dtori |

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**A:**

Your records have been requested

**P:**

**E:**
✱ Notes show request: My jail medical records are kept in house. I am not sure who they would need to request them.

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| | | |

**For Jail Use Only**

Jan 2019          White – Chart     Canary – Inmate          Sick Call Request – Bi Lingual

Kite 9

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | | Date and Time Received 6-30-23 | Received By 2233 |
|---|---|---|---|

| Name (Nombre) Koby Williams | Date of Birth (Fecha de Nacimiento) 4-18-75 | Location/Unit (Posicion/Unidad) 2W 5B | Inmate Number (Recluso número) #59053 | Today's Date (Edad) 6-30-23 |
|---|---|---|---|---|

**Complaint (Enfermedad)**

May I please be given Prosim at 12 mg? also, may I have Chlorthalidone for BP and lithium, Gabapentin and a Barratric Multivitamin?

Inmate Signature (Recluso firma)

_(signature)_

**TRIAGE**

Action Taken
☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review
☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental
☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other:

| Face to Face Date 6/30/23 | Face to Face Time Am Med pass | Staff Signature Tori |
|---|---|---|

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

**A:** You are currently receiving a multi vitamin daily and Clonidine and Carvedilol for your blood pressure – medical also you will not receive gabapentin while you are here at Spokane county jail. your other concerns will be

**P:** sent to mental health. – medical

**E:** ✳ Notes about the response: I know what I am receiving, that was not the question. I need a Barriatric multivitamin, not a generic daily vitamin (over)

| Nurses / Provider Signature G | Date Completed 6/30/23 | Time Completed 1046 |
|---|---|---|

| For Jail Use Only |
|---|

Jan 2019        White – Chart    Canary – Inmate        Sick Call Request – Bi Lingual

Kite 9

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | Date and Time Received | Received By |
|---|---|---|
| | 6-30-23 | 2233 |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2W 5B | HS9053 | 6-30-23 |

**Complaint (Enfermedad)**

May I please be given Prosom at 12 mg? Also, may I have Chlorthalidone for BP and lithium, Gabapentin and a Bariatric Multivitamin?

Inmate Signature (Recluso firma)

_[signature]_

**TRIAGE**

Action Taken
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated  ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 6/30/23 | Am Med pass | Tori |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

A: You are currently receiving a multi vitamin daily and Clonidine and Carvedilol for your blood pressure - medical

P: also you will not receive gabapentin while you are here at Spokane County jail. your other concerns will be sent to mental health. - medical

E: * Notes about the response: I know what I am receiving, that was not the question. I need a Bariatric Multivitamin, not a generic daily vitamin (over)

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| G | 6/30/23 | 1046 |

**For Jail Use Only**

Kite 8

## NAPHCARE MEDICAL DEPARTMENT
## SICK CALL REQUEST-MANAGED BY TECHCARE

| | Date and Time Received | Received By |
|---|---|---|
| | 6-30-23 | 2233 |

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2W 5B | 459053 | 6-30-23 |

**Complaint (Enfermedad)**

May I please Have a Copy of my Medical and mental health records & dating back to when I was First booked in on 3-14-23 ?

Inmate Signature (Recluso firma) Koby Williams

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;    ☐ Refer to MH – Chart Review <br> ☐ Refer to Medical Records;   ☐ Refer to OB/GYN;       ☐ Refer to Dental <br> ☐ Refer to Optometry;      ☐ Nursing Protocol Initiated  ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 6/30/23 | Am Med pass | Torin |

**Nursing**

**S:**

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|
| | | | | | |

**A:** Your records have been requested

**P:**

**E:** * Notes about requess: My Jail medical records are Kept in house ... ... ... they would need to ... ...

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| | | |

**For Jail Use Only**

Jan 2019          White – Chart    Canary – Inmate          Sick Call Request – Bi Lingual

MRA2935 Ce/19 Kite 10

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | Date and Time Received | Received By |
|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2W 48 | 459053 | 6-29-23 |

**Complaint (Enfermedad)**

May I Please be placed on lithium? Also, can I have

my 3rd blood pressure medication Chlorthalidone?

May I resume my Gabapentin? Can my Emcon be increased to

12mg? Also Can I have a multivitamin

Specific to Bariatric Surgery patients?

**Inmate Signature (Recluso firma)**

K. Williams

**TRIAGE**

**Action Taken**
☐ Refer to Provider – Sick Call;  ☐ Refer to MH – Sick Call;  ☐ Refer to MH – Chart Review
☐ Refer to Medical Records;  ☐ Refer to OB/GYN;  ☐ Refer to Dental
☐ Refer to Optometry;  ☐ Nursing Protocol Initiated ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 6/29/23 | Am Med pass | Tou |

**Nursing**

**S:** mmmmmm

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

— MH: duplicate, forwarded to medical 7/5/24 NN —

**A:** Scheduled to See Nurse

**P:**

**E:**

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| MNN | 7/5 | 1724 |

**For Jail Use Only**

7/5    2122

Jan 2019          White – Chart    Canary – Inmate          Sick Call Request – Bi Lingual

I have the [illegible] medications that I am
[illegible] I asked for the 3rd one that is
prescribed by my Dr. (chlorthalidone). My
BP remains elevated and I need the 3rd
medication. They have [illegible] the last
time I was booked into Spokane county.
Also, they claim that [illegible] is not
given on this jail. This is the same
claim they made last time I was here
and they made an exception and gave
it to me anyway. [illegible]
for [illegible]
It is prescribed by my [illegible]

Kite 11

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | Date and Time Received | Received By |
|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2W 58 | 459053 | 7-5-23 |

**Complaint (Enfermedad)**

Attn: T. Bise   May I please have a copy of my Spokane County Jail medical and mental health records include all medications, treatment, and history dating back to my initial Book in cn 3-14-23? I agree to have the fee deducted from my account. Please ~~letters~~ release the records to Paralegal George Canning from Attorney Robert Cossey's office.

The contact number is 509-327-5563

**Inmate Signature (Recluso firma)**   Koby Williams

**TRIAGE**

Action Taken: ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review  ☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental  ☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 7/5/23 | HS Medpass | L.J., RN |

**Nursing**

S:

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

The records can also be released to Paralegal Shirley Vanning, Attorney Robert Cossey or to Attorney Matt Duggan who can be contacted at 509-951-2047. Rob and Shirley can be contacted at the same number as George.

A:

P:   This has been forwarded to medical record requests.

E:

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| | 7/6/23 | 6:45am |

**For Jail Use Only**

Jan 2019

White – Chart   Canary – Inmate

Sick Call Request – Bi Lingual

MR#2935 Ce/28 Kite 10

| NAPHCARE MEDICAL DEPARTMENT SICK CALL REQUEST-MANAGED BY TECHCARE | Date and Time Received | Received By |
|---|---|---|

| Name (Nombre) | Date of Birth (Fecha de Nacimiento) | Location/Unit (Posicion/Unidad) | Inmate Number (Recluso número) | Today's Date (Edad) |
|---|---|---|---|---|
| Koby Williams | 4-18-75 | 2W 46 | 459053 | 6-29-23 |

**Complaint (Enfermedad)**

May I Please be placed on lithium? Also, can I have my 3rd blood pressure medication, Chlorthalidone?

May I resume my Gabapentin? Can my Emsam be increased to 12mg? Also Can I have a multivitamin specific to Bariatric Surgery patients?

Inmate Signature (Recluso firma) (Koby Williams)

| TRIAGE | Action Taken | ☐ Refer to Provider – Sick Call; ☐ Refer to MH – Sick Call; ☐ Refer to MH – Chart Review ☐ Refer to Medical Records; ☐ Refer to OB/GYN; ☐ Refer to Dental ☐ Refer to Optometry; ☐ Nursing Protocol Initiated ☐ Other: _____ |
|---|---|---|

| Face to Face Date | Face to Face Time | Staff Signature |
|---|---|---|
| 6/29/23 | Am Med pass | Tori |

**Nursing**

S: ~~illegible~~

| O: | Temp | Pulse | Resp | O2 Sat | B/P |
|---|---|---|---|---|---|

— MH: duplicate, forwarded to medical 7/5/24 NMN —

A: scheduled to see nurse

P:

E:

| Nurses / Provider Signature | Date Completed | Time Completed |
|---|---|---|
| NMN | 7/5 | 1724 |

| For Jail Use Only | | |
|---|---|---|
| | 7/5 | 2122 |

Jan 2019