**REVOLUTION PSYCHIATRIC & ADDICTION TREATMENT**

*Richard E. Repass, MD*
*Cara Hamilton, PMHNP*
*Jamie Wright, NCACII*
Phone :(206) 695-2707 Fax: (425)364-4966
2737 78th Avenue SE Suite 100 Mercer Island, WA 98040

Date: 8/2/23

To Whom It May Concern:

I have the privilege of being Koby Williams attending psychiatrist. Koby has the following diagnoses:
OBSTRUCTIVE SLEEP APNEA
HYPERTENSION
STATUS POST GASTRIC BYPASS
OBESITY
ADHD INATTENTIVE TYPE
ALCOHOL DEPEND SEVERE
DYSTHYMIC DISORDER
MAJOR DEPRESS D/O RECURRENT SEVERE
POST TRAUMATIC STRESS

Koby has struggled with depression and PTS for most of his life. He has also has severe alcohol use disorder. He has undergone many medication trials. He has started, but not finished, both TMS and ketamine trials in 2021-2022.

Following my assessment of Koby via telehealth visit on 6/27/23, and some subsequent correspondence with his family, I have concerns about his welfare. His condition is unchanged, and he has not received the following treatment recommendations: Koby is suffering from severe acute depression on top of chronic depression. He is experiencing significant neurovegetative symptoms of depression, including hopelessness. The isolation he is experiencing is multiplying his hopelessness. He requires treatment for his depression, and the recommended treatment includes ketamine and TMS therapy which he does not have access to while incarcerated. He is unable to concentrate, and feels helpless to address his legal predicament. As a former law enforcement officer, he recognizes the need to participate in his defense, and he is unable to due to his current depressed state and solitary confinement. This furthers his hopelessness. I learned that his status as a law enforcement officer places him in isolation for safety. We have been working with him and making significant gains at times, and we need to be able to provide him with multiple treatments in the clinic in order to be successful. It has taken years for myself and other clinicians here to develop good relationships with Koby in order to manage the emotional limitations from which he suffers. Having worked with Koby for several years, I believe it is logical and appropriate that he should be placed in a less restrictive detainment scenario during which he can receive the proper care. I believe his function will improve and distress will diminish if he is able to attend properly to treatment and his legal matters.

**REVOLUTION PSYCHIATRIC & ADDICTION TREATMENT**
*Richard E. Repass, MD*
*Cara Hamilton, PMHNP*
*Jamie Wright, NCACII*
Phone :(206) 695-2707 Fax: (425)364-4966
2737 78th Avenue SE Suite 100 Mercer Island, WA 98040

MR. WILLIAMS REQUIRES THE FOLLOWING MEDICATIONS:
I am recommending a trial of lithium, start with low dose 300mg qhs and increase to therapeutic levels to target improved mood and diminished hopelessness.
Emsam patch should be provided at 12mg daily. This would need to be titrated up after restarting. It requires minor dietary restrictions that Koby is aware of and willing to follow.
gabapentin should be resumed 600mg twice daily and 900mg at bed time for anxiety and alcohol craving control and for neuropathy and pain associated with alcohol use and obesity. At least provide this medication at bed time dose, if possible.

Continue the following, though adjust for hypotension:
carvedilol 37.5 mg 2x daily for hypertension.
clonidine 1 tablet in am 2 tablets at bed time for hypertension and anxiety (posttraumatic stress)
chlorthalidone 25mg daily
Vistaril 50mg at bed time as needed for insomnia
He requires bariatric vitamins as he is status post gastric bypass.
He also requires BiPAP for his sleep apnea.

Thank you for your attention to this matter. If any further questions need to be answered, please feel free to call us.

Sincerely,

*[signature]* MD

Richard Repass, MD