UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES V. KOBY WILLIAMS

**Case #2:23-CR-00024-TOR**

**Defendant's Character Reference List for Sentencing**

PRESIDING JUDGE
Thomas O. Rice

DEFENSE ATTORNEY
Robert R. Cossey

PLAINTIFF'S ATTORNEY
Ann T. Wick

| WITNESS | | Relation to Defendant | |
|---|---|---|---|
| Leigh Ann Williams | | Defendant's Wife | Letter and will be addressing the Court |
| Clayton Williams | | Defendant's Son | Letter and will be addressing the Court |
| C. W. Minor Child | | Defendant's Son | Letter and will be addressing the Court |
| L.W. Minor Child | | Defendant's Daughter | Letter and will be addressing the Court |
| Kelly Williams | | Defendant's Brother | Letter and will be addressing the Court |
| Dr. Richard Repass | | Defendant's Psychiatrist | Letter Attached |
| Robert Hallinger | | Worked w/ Defendant | Letter Attached |
| Krystal Waldrop | | Defendant's Sister | Letter Attached |
| Ben Waldrop | | Defendant's Brother-in-law | Letter Attached |
| Korben Waldrop | | Defendant's Nephew | Letter Attached |
| Kooper Waldrop | | Defendant's Nephew | Letter Attached |
| Patricia Sheilds | | Defendant's Mother | Letter Attached |
| Bobby Moorhead | | Defendant's Brother | Letter Attached |
| Michael Dillon | | Friend | Letter Attached |
| Richard Weathers | | Friend | Letter Attached |
| Misty Weathers | | Friend | Letter Attached |
| Chad Pool | | Friend | Letter Attached |

Defendant's Character
Reference List for Sentencing

| : **Mike** & Nelda Pool | | Friend | Letter Attached |
|---|---|---|---|
| Daniel Stanwick | | Friend | Letter Attached |
| Brenda DeLaCruz | | Friend | Letter Attached |
| | | | |

2/6/24

**DATE**

Submitted by Robert Cossey
Attorney for Koby Williams

Defendant's Character
Reference List for Sentencing

July 23, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 W. Riverside Ave.

Spokane, WA. 99201

Dear Judge Rice,

My name is Leigh Ann Williams, and I write this letter as a heartfelt character reference for my husband, Koby Williams, who is before you for a sentencing hearing. Koby, who I have had the honor to have known for 28 years, is a man of solid character, shining through adversity in spite of the difficulties that have been thrown his way. I am not just his wife, but also his friend, confidant and companion of more than twenty years. I have shared the most profound moments of life with him to date, and it is from these multitude of shared experiences that I draw upon to offer a brief yet intimate analysis of Koby's character.

Our life together began in 1996 in Troup, TX, we have been together since I was 21 and he was just 20. It feels like a lifetime ago , but in the best way possible. We met when he was dutifully serving our country in the U.S. Marine Reserves while pursuing higher education. From Marine Reserves to federal law enforcement, Koby has been dedicated to upholding the principles that form the foundation of our nation. His career took us on quite a journey across the county - from Texas to Montana, Georgia, and finally Washington. Our union has been blessed with three children, Clayton, L. W( and C.W ) who today are 18, 17 and 15 years old. Watching Koby become a father has been one of the greatest honors of my life. He's incredibly patient and has always been there to support and encourage our kids in everything they do. Our children often call him the "fun parent" because he's always up for an adventure and loves to make life exciting for them.

Reflecting on our life together paints a vivid portrait of a man who is committed to his family, his work, and his community. This is best exemplified by an incident that took place in the early summer of 2022. Koby met a terminally ill girl from Idaho named Jaicey and her family, her mother had shared with him her daughter's dream was to become a law enforcement officer one day. After learning about Jaicey's dream, Koby organized a special dinner, where he and his fellow officers presented her with a badge, and a challenge coin from his agency. He was determined to make Jaicey's dream a reality, if only for a short time, demonstrating a deep level of empathy and kindness. This is the Koby Williams I know and admire: a man who has always used his role to uplift those around him, and to contribute to his community in meaningful ways. Unfortunately, in September of 2023 Jaicey lost her battle with her illness and it was very hard on Koby to learn of her passing while he was incarcerated.

As the mother of our three children, Clayton, L. W and C. W , I can attest that Koby has been a perfect role model. His actions, such as the compassion he showed for Jaicey, provided a tangible lesson to our

children that caring for others is one of the most virtuous attributes one can possess. Koby's kindness extends beyond his immediate family; his actions consistently display a level of devotion to the welfare of others that cannot be overstated.

In closing, from my intimate understanding of Koby's character, strengthened by twenty-eight years of shared experiences, I sincerely affirm my faith in him as a person of amiable character. I humbly ask you to consider not just the charges against Koby, but his character too. I respectfully request you to take these words into consideration when sentencing him. I ask that your sentence be merciful and not punitive, and that you take into account all the people whose lives he has touched who will consequently miss him, and especially how his absence will affect the lives of his children.

Sincerely,

Leigh Ann Williams

July 28, 2024

The Honorable Thomas O. Rice
Eastern District of Washington
Thomas S. Foley United States Courthouse
920 W. Riverside Ave,
Spokane, WA. 99201

Dear Judge Rice,

My name is Clayton Williams, and I am the 18-year-old son of Koby Williams. I am writing to you to offer a character reference. My father, Koby Williams, was incarcerated on March 14, 2023, and on that day I refused to hug my father goodbye because I was mad at him even though I knew that this could be the last time I see him for a long time. I regret that decision almost every day.

Since he has been incarcerated, he has already missed a big moment in my life, my high school graduation, and has the potential to miss even more massive milestones in my life, like my college graduation. I start college in a few weeks, and the only person in my immediate family who has attended college was my father. Not having him here has made it really difficult for me because I don't have immediate access to him and can't ask him all of the questions I have about what to expect.

The happiest I have ever seen my father was in November of 2019, when he took me hunting for the first time in Montana. We had been out there for almost a week, and we had found absolutely nothing, so on our final day, when we saw a buck standing about 200 yards from us, we were ecstatic. So we snuck up on it, and from about 150 yards away I was able to shoot my first deer. When I looked up, my father was right next to me with the biggest smile on his face that his son had just shot his first deer. For the rest of the night, he told me how proud of me he was.

These past 17 months of my life have been the hardest for me and my family without my father at home. I really hope I get to be with him soon and that me and my siblings get to make more good memories with him like I did in November of 2019. So I hope that you take this into consideration when you are making your final decision.

Sincerely,
Clayton Williams
Clayton Williams

July 27, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 W. Riverside Ave,

Spokane, WA. 99201

Dear Judge Rice,

    I am Koby Williams 17 year old daughter L.W, I am writing to you to offer a character reference. When my father was incarcerated I was 15 years old, which would mean I have been without my father for almost 2 years.

    Looking into my future has been more and more difficult the more my father has been gone, because in 10 years I will be 27 years old and would have completed a majority of teen and adulthood milestones that your parents should be there for. For example, graduating highschool, graduating college, getting married and starting a family.

    My father is one of the smartest people I have ever met in my life, he would always have the answer to my problems because he would think. There has not been a day in my life where my father would not think of the best possible solution for any kind of problem even if it was the smallest problem someone could have he would always have to elaborately think it out. With all the different lessons my father has taught me I believe that thinking is the most valuable lesson anyone can learn.

    You only get one life and with that one life you only get one father and I need my father more than anything in this time of my life. So please consider how much a daughter needs her father when making your decision.

Sincerely,



July 25, 2024

*The* Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 W. Riverside Ave.

Spokane, WA 99201

Dear Judge Rice,

My name is C. W        s. I am writing to you to offer a character reference for my father Koby Williams. I am 15 years old which makes me his youngest child and I have already been without my father for 17 months. I need him in my life to teach me things like he did for my siblings when they were my age.

I'm getting my learners permit and he isn't here to teach me how to drive. We are having to sell our house and move to Texas, so I will be starting at a new school, and I'll have to make new friends. I would love to have my dad near us in Texas and have him come watch me graduate High School. He has already missed my brother's graduation and will probably miss my sisters but if we can have him home before mine I would be forever grateful. I don't want to wait 10 years before he is back home with us as a family. I don't want to be 25 starting my own family without my dad.

My dad has always been a great provider and I trust him and love him like I always have. That has not changed and will not change. I know he will be gone for a little while longer but if there was any way you could let him come home sooner, please do. My dad is a good man and I have watched him work hard, love my mom, my brother, my sister, and me my whole life. Our life was not perfect, but we had a lot of fun and memories were made together as a family and I hope he is home soon so we can make more.

The trial was the hardest day of my life. It was so hard, but it was the first time I got to see my dad in 14 months. I really miss him and hope I dont go very much longer till he is home. Please consider how much we need him home with our family when you're making your decision.

Thank you,

C. W

August 4, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

Spokane, WA. 99201

Honorable Judge Rice,

My name is Kelly Paul Williams I am the brother of Koby Don Williams and I am his elder brother. Koby has wanted to be in law enforcement since he was six years old. It had always been his lifelong dream.

When we turned eighteen, our father had asked us to join the military. He knew it would teach us respect, honor, loyalty, courage, and bravery.

I chose to take a different path. Koby, however, pursued his dream to become law enforcement and joined the Marines. He served six years and returned as a soldier. That is when I began looking up to him as my big brother.

Koby then went on to join the Border Patrol to further serve our country and join countless other men and women who sacrifice their own life to defend our homeland. Koby has never wavered in his commitment to serve his country. He has done so with honor, loyalty, courage and dedication, which the marines had instilled in him.

Koby then transferred to Montana, where I have had the sheer pleasure of idolizing him, as I watched him marry his high school sweetheart and raise three wonderful and respectful children, Clayton,     , and

Koby has always been kind and compassionate to everyone he has encountered. I have never seen him angry. He is always pleasant and understanding.

Koby has an outstanding and impeccable record of serving his country and the citizens who reside in it. He has done so proudly. Koby has always been a man of honor and duty. That is why I have always looked up to my brother and still do to this very day.

Respectfully,

Kelly Paul Williams

# REVOLUTION PSYCHIATRIC & ADDICTION TREATMENT
## RICHARD REPASS, MD PLLC

Subject: Koby Williams
DOB 4/18/1975
Date: 7/27/2024

To Whom It May Concern:

I have the privilege of being Koby Williams' attending psychiatrist and Addiction Medicine specialist.  Mr. Williams and I have been working together since January of 2021.  I was shocked and dismayed when I learned of his charges and incarceration.  I have not seen any evidence to suggest that Mr. Williams would commit the crimes of which he is accused. Throughout the last few years, I have experienced Mr. Williams work hard as an immigration officer, traveling and maintaining his responsibilities to his family and his home.  He has shown great concern for his wife and children.

He engaged in various medical treatments on multiple occasions, trying to manage his severe depression and alcohol dependence.   His depression has been treatment resistant.  Further complicating matters, maintaining his job required delays and interruptions of his care.  It is my hope and recommendation that Mr. Williams can return to his family where he can get their love and support.  It is anticipated that he will need much follow up care to improve and maintain his health.  I have no doubt that he would follow any probationary orders and restrictions imposed upon him.  I believe he will again be a productive and positive member of society.

Sincerely,

Dr. Richard Repass MD
Medical Director and Owner
Revolution Psychiatric and Addiction Treatment

**Robert J Hallanger**
5537 N Pinegrove Dr
Coeur D Alene ID 83815

July 24, 2024

The Honorable Thomas O Rice
U.S. District Court for the District of Eastern Washington
920 W Riverside Ave
Spokane WA 99201

Dear Judge Rice,

I am writing to you regarding Koby Williams, who has been my supervisor for from 2019-2022. My name is Robert Hallanger, and I have had the privilege of working under Mr. Williams during this time.

During my tenure under Mr. Williams, I have come to know him as a person of great integrity and loyalty. He has consistently demonstrated a strong commitment to the well-being of those who work with him. Mr. Williams has always inspired a trusting relationship among his subordinates, fostering an environment where we felt valued and respected.

Mr. Williams's dedication to his team extended beyond the workplace. He showed genuine concern for the welfare of our families and always had our best interests at heart. His support and encouragement have had a significant impact on both my professional and personal life.

Koby was a supervisor who genuinely cared about me as an employee. He was someone I could turn to when I really needed a supervisor I could trust. His guidance and support have been invaluable to me, and I believe his character and actions reflect the type of person he is.

I witnessed firsthand Koby as a supervisor exercising his discretionary role in deciding questions regarding an illegal aliens case. I saw that he was both fair and justly enforced the law while showing compassion and mercy to the individual's plight. He took many factors into consideration when making decisions involving matters of judgment and discretion.

When I was dealing with a particularly difficult supervisor, Koby was a listening ear and an advocate when I had no power to defend myself. He also assisted me with navigating a transfer from Yakima to Spokane to be closer to my family, providing me with sound advice as he understood the difficulties I was facing being separated from them.

While I am unfamiliar with the graphic details of his criminal matter, I felt compelled to show my support for Koby as I knew him. His positive influence on those he worked with and his dedication to his team and their families are qualities that I believe should be considered. I do not normally write these sorts of letters, but I felt particularly compelled to write on Koby's behalf because I

believe he has equitable factors that need to be taken into consideration. He looked out for me when I needed his help, and I hope the court will take his compassion towards others into account.

Please, Your Honor, take into consideration the profound impact Koby Williams has had on my life and the lives of many others. His actions and character demonstrate that he is a man deserving of leniency and understanding.

Thank you for your time and consideration.

Sincerely,

Robert J Hallanger

August 3, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 West Riverside Avenue

Spokane, Washington 99201

Dear Judge Rice,

This is by far the hardest letter I have ever written and that includes the eulogy for my father's funeral. I want my words to penetrate your soul so much that you would be able to feel the goodness that Koby is and that his character and inherent goodness comes through.

How do I put into a few words how wonderful of a human Koby really is? Do I tell you about him being my protector when I was molested at 10 years old? Do I tell you that he was the only person I could count on & trust unconditionally until I met my husband? Do I tell you that he moved 4 states over so we could graduate from college together? Do I tell you that we love sharing the exact same wedding anniversary but 1 year apart? Do I tell you my youngest son is named after Koby? Do I tell you that he loves my children so much that although he lives on the opposite corner of the country that he & my youngest child would FaceTime each other on the way home from work daily just so his nephew could watch it snow? Do I tell you that my oldest son gave up playing college football to join the military because his uncle Koby had told him how proud he was to serve his country? Do I tell you how much his wife & children have missed him for the past 15 months? Do I tell you how wonderful he was at his job? Do I tell you how proud Koby was to be a Marine and serve his country? Do I tell you that only good people like Koby form friendships from every city & every job he's ever worked? Do I give you examples of what a wonderful human being he is?

I really just want to let you know that he is an honorable man of character, an honest and respected man, a wonderful father, a loving husband, a good son, and a great big brother. Koby Williams is to this very day someone I look up to and I'm proud of. I wish you knew Koby. The Koby that I know and who he inherently is to his core. I ask of you to consider how much he is loved and needed by his family when deciding on his sentencing.

Thank you,

Krystal Waldrop (Koby's sister)

August 4, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 West Riverside Avenue

Spokane, Washington 99201

Dear Judge Rice,

I have known Koby since the day I met my wife in Nov 1999. I had not actually met Koby but there wasn't a day my wife didn't talk about him and how they grew up taking care of each other. We met face to face 2 years later and have been very close since. I had the honor 22 years ago when I married into the family to call Koby my brother, but it's been a bigger honor to call him my friend. He will stand by my side until I take my last breath because that is the kind of man he is and I will stand by his as he has only ever shown kindness and compassion to those that he surrounds himself with.

Koby taught me to be a better father and how to be more intentional with my children. Although there were, at times, many miles between our families our children have grown up as best friends & Koby as the best Uncle you. I remember at one time driving my boys over to their house on a Friday night because Koby had planned a camp out for the kids. He set up an entire tent set up in their back yard and they stayed out there all weekend. They only came inside to use the bathroom for 3 days. He has way more patience with 2 crazy 5 year olds and a 7 year old than anyone i know. His children are older now but still need their father.

I've only ever known Koby as a well-respected man, that served our country in the Marines & with his job at the US Border Patrol & ICE. He has been a wonderful brother & friend and has always shown kindness and compassion for those around him & his family and friends.

I respectfully ask for leniency when deciding on the sentencing for Koby

Thank you,

Ben Waldrop

August 4, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 West Riverside Avenue

Spokane, Washington 99201

Dear Judge Rice,

Koby Williams is my uncle. He is my mom's older brother. Koby is the uncle that every kid wants growing up. Uncle Koby is the uncle that plans the best fishing trips, bear hunting trips, and is always there if I just need someone to talk to. I've heard about his service to country my entire life. Koby told me years ago that one of his biggest regrets is not going active duty instead of going to school. I had that opportunity for college on a football scholarship but i knew in my heart that serving my country is where i needed to be. I know the reason I have decided to serve my country is because of Koby. He has always been a fun, kind, and great man that I could talk to openly and without judgement. While others told me how crazy I was for giving up college football for the Army, Koby told me how proud he was. I am currently training to become an Army Ranger and he has told me not to give up & if it gets hard, that he still believes in me and is proud of me.

Please consider how important my uncle is to my aunt, Cousins, Grammy, my mom, me & our entire family when deciding on sentencing. Koby is a good man.

Thanks,

Korben Waldrop

August 4, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 West Riverside Avenue

Spokane, Washington 99201

Dear Judge Rice,

My earliest memory of my Uncle Koby is him driving me around my Grandpas farm in Texas in an old Army jeep. My grandpa had died a couple of years earlier and our families would meet in Texas (they lived in Montana & us in Georgia) to see each other. My uncle Koby helped me catch my 1st fish in my Grandpas pond. When they moved to Georgia to be near our family. I remember camping in their back yard & spending the weekend at his house. As I got older Koby would send me plane tickets to fly out by myself. I remember my 10th birthday was the 1st time I flew from Georgia to Washington by myself to spend the week with my Uncle Koby, Aunt LeLe and my cousins. I grew up with a FaceTime call with my Uncle Koby at least 1x a week. I remember video calls with him on his way home from work & he would turn the camera where I could see the wind turbines & the snow. We would talk his whole way home.

I became a Dad at the age of 17 and I struggled with how to tell my family. Koby was the 1st to tell me that I was still a great kid & going to become a good man. Koby was very supportive and made me feel less embarrassed & more loved. Koby encouraged me to stay in school & I did. I am currently in my 2nd year of college, sold a landscaping company earlier this year, started my own construction company & have an amazing 2 year old little boy.

Please consider the love and kindness that my Uncle Koby has shown those that know him when making a decision on his sentencing

Thank you,

Kooper Waldrop

August 5, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 West Riverside Avenue

Spokane, Washington 99201


Dear Judge Rice,

I am Pat, Koby's mom. He has taken care of me since he was around 10 years old. Definitely not something I asked him to do, but something he wanted to do.  He has been looking after me since and he is now 49 years old. It's really been hard without him these last 15 months. I had a  kidney transplant 5 years ago and have needed extra care emotionally, mentally, physically and financially and he has helped without question every step of the way.

I spent the summer with Koby on a job detail 2 years ago in Arizona. His family came at the beginning of the summer and the end of the summer after they vacationed in Texas. I remember watching him be so excited about getting the house ready and make so many fun activities for he and the kids to do while they were there before headed back to Washington for the start of the new school year. It was so fun to see how much he enjoyed spending time with them and making memories. He has missed his kids and his wife tremendously these last 15 months as well. They all need each other.

Koby has been there for me while married to his alcoholic father, rough divorce, bad health, kidney transplant, broken hip and homelessness, and has never asked for anything in return. I have always been so proud of him and still am.

Now that I'm in My 70's, he is my rock, and I am very dependent on him.

Please show so Leniency on him. It will be so hard on me without him. He is a good man. Thank you for your time and consideration in reviewing my letter.


Thank you,

Patricia Shields

July 29, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 W. Riverside Ave.

Spokane, WA. 99201

Dear Judge Rice,

My name is Bobby Morehead, I'm 37 years old, I have a beautiful family including my fiancé, Whitney and 6 children, and we live in Carrollton, GA. I own and operate 2 small businesses and Whitney owns and operates 1 herself. I am writing this letter today because I am in Georgia and I can't be present in Washington to help defend my brother's character and morals. My brother, Koby Don Williams is an amazing person, father, husband, son and brother. I grew up as the youngest of 6 siblings and although Koby wasn't the oldest, Koby was the one that I looked up to and admired the most.

Koby taught me about honesty and the importance of keeping your word, while on a camping trip. On that same camping trip, he also taught me that before you enter an agreement with someone, or before making a commitment, you have to thoroughly consider all possible outcomes or consequences first.

My father was an amazing man and worked hard to support his family. My father also worked so much to provide for his family, that I feel like he missed out on his own family life. Koby was there to help fill in the gaps. I remember Koby being the first to give me the talk about the birds and the bees, to take me hunting and teaching me the importance of cooking and eating what you kill, unless along the walk back, a stray cat snatches your squirrel out of your hand and runs away. That meal turned into squirrel chili for one, really quick.

I can recall the amount of effort and dedication that Koby put into joining the Marines. I remember being in his apartment (above our garage) and him showing me all the different tasks and test that he had to train, study and pass just to be able to put his life on the line for our country. I admired his passion. After the Marines, I remember Koby moving out to Texas, Montana, Georgia and then Washington. My mother and I went on multiple road trips together to see Koby everywhere he moved while working for the Border Patrol. I specifically remember going to Eagle Pass Texas and visiting Mexico when I was 15. The whole time we were there, I felt safe knowing that Koby was with us and that he would protect us if were to happen. Koby can make you feel safe just being near you and that is a rare quality in people these days.

When Koby lived in Columbus, Ga. 1.5 hours away, 3 times per year my family would come visit his family for his kids' birthdays, and 3 times per year he would come to my kids' birthdays, Koby and I would meet half way between his house and mine so we could play golf together. I learned more during my time spent with Koby than I could ever fit into a single letter. Without a doubt in my mind, I know I am a

better person and father because of him.  I watched and learned from him when it comes to raising his children and taking care of his wife and family.  He taught me that I needed to have a weekly budget set aside specially for spending time doing things as a family.  Koby is someone that I admire for many reasons.

While I can't speak on any events that lead to what Koby is going through right now, I can say that in my 37 years, no other man in my life has taught me more about being a good person, husband, father, son and brother than Koby.  I will forever be grateful.  I will forever be grateful for the man that I become and the man that I have learned from.  I believe in my brother and I believe in his character and his morales and I know he is a great person.

I appreciate anyone who may take the time to read my letter and I hope it was helpful in giving you an idea of who Koby is, from my personal perspective.

Please feel free to contact me.

Thank you,

Bobby Morehead

770-653-8078

July 23, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 W. Riverside Ave.

Spokane, WA. 99201


Dear Judge Rice,

I would like to tell you a little about Koby.  I have been friends with this man since the sixth grade.  He is one of my closest friends and I don't have many because true friends are hard to come by.  He is one of those guys that you may not talk to every day but when you do it is like no time has passed and you pick up right up.  I believe Koby to be a good person.  When he was starting out he put himself through college by going into the military and proceeded to pursue a degree in Criminal Justice.  Then took a job in law enforcement as a Border Patrol Agent.  He has spent his career trying to protect our borders and communities.  He is honest, humble, caring person.  He is a hard worker and has a good soul.  This man has spent his life working to keep our borders and communities safer.  I would only ask that you consider these things before sentencing.

Thank you for listening

Michael Dillon

903-360-1082

July 23, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 West Riverside Avenue

Spokane, Washington 99201

Dear Judge Rice,

My name is Richard Weathers Jr. and I would like to serve as a character reference for Koby Williams.

I was raised in and continue to live in Troup, Texas. In Troup is where I got to meet Koby, 35+ years ago. We met in school as young teenagers being involved in the Future Farmers of America Organization, where we both held officer positions. While being in the FFA is when our true friendship started. While being on leadership teams Koby was always one to help anyone in any way possible to succeed in their projects. After high school we worked together at our local farm and ranch store where Koby was a dedicated employee, willing to do anything asked of him to help. We worked numerous long nights mixing feed, hauling hay, anything asked of us by our great employers.

When I got married, I chose Koby as my best man. Koby has always been there for me, all I had to do was ask. He never blinked an eye or hesitated in any way to help his friends. I consider him one of my closest and dearest friends, and I would do anything asked of me to help him if needed.

We have watched our families grow, and supported one another through the loss of loved ones. Even though Koby's line of work required him to leave Troup, we have always stayed in close contact and visited each other frequently. I do believe Koby is dedicated to his loving family, his friends, and his job. I will support him and his family in this hard time and I know he would not hesitate to do the same for me.

Your consideration of this information as you determine Koby's sentence is appreciated.

Sincerely,

Richard Weathers Jr.

July 22, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 West Riverside Avenue

Spokane, Washington 99201

Dear Judge Rice,

My name is Misty Weathers, and I am submitting this letter on behalf of Koby Williams, as a statement of his character.

I live in Troup, Texas, and I have been a registered nurse for 25 years. I have been married to my husband, Richard, for 28 years, and we have two children.

I have known Koby for as long as I have known my husband; in fact, he was the best man in our wedding. His friendship is something I treasure, and I have him to thank for bringing one of my very dearest friends into my life, his wife, Leigh Ann. What a blessing they have been to me. While we may have been separated by many miles for many years, our friendship is the kind that lasts a lifetime. It may have been from afar, but we have celebrated the births of children, grieved the deaths of friends and family, and shared milestones together.

Koby is one of the hardest working people I know. Starting early on in high school, all while attending college and serving in the Marine reserves, he was working to support himself from a young age. He took on the responsibility of caring for himself while just a teenager, I remember, even though I was a teenager myself. That did not change as he grew up; he paid his bills, saved his money, and started his life independently. When he became a dad, he continued to provide for his family, and they never went without anything.

Koby loves his family. I remember when we were kids how he would stay with his grandmother at the nursing home for hours and hours. I remember how he and Leigh Ann took off across the country, just the two of them taking care of each other as he advanced his career in the Border Patrol agency. They grew their family out west, just them, relying on each other. Koby spent time with his children, carrying out the family traditions of hunting with his dad's rifle with his boys, and cheering on his daughter at her events. Koby has always been close to his sister and her family, and they also steadfastly support him. Seeing his whole family there at his trial, supporting him, reinforces that their family bond is strong, and I feel privileged to have joined them.

Koby Williams is a loyal friend that loves his family, works hard, and hopes to get on with his life as quickly as possible. I respectfully request that you please consider his many good qualities, and offer leniency with his sentence so he can rejoin his family and friends that miss him and look forward to spending time with him and making more good memories.

Sincerely,

Misty Weathers

August 2, 2024

The Honorable Thomas O. Rice

Eastern District of Washington

Thomas S. Foley United States Courthouse

920 W. Riverside Ave.

Spokane, WA. 99201

Dear Judge Rice,

My name is Chad Pool and I write this character reference letter intended to aid in your deliberations pertaining to a person I have known and respected for twenty-eight long years Koby Williams. Our acquaintance began when Koby started dating my sister and over the years, our relationship has matured beyond family ties into the realms of deep camaraderie. He also taught me how to play golf. I hope to shed light on the nature of Koby's integrity and character, which I have the privilege of witnessing firsthand.

Throughout the years, Koby has exemplified traits of empathy, kindness, and unwavering support towards friends and family. When I was grappling with my personal mental health struggles, it was Koby who offered strength, hope, and assistance during that time. He reached out when others recoiled and lifted me up when I was at my lowest. His compassion has taught me to view others without prejudice and stigma, and to lend support to others who are struggling.

I view Koby as a dedicated father, husband and friend who works hard for his family. His wife, who loves him very much and his children, all teenagers, will miss having their dad in their daily in life. I will miss having fun with him on a regular bases but will be here waiting to support my brother and friend when he returns to his family. I ask that you take all of this in when you decide on his sentence.

Sincerely,

Chad Pool

7/23/24

The Honorable Thomas O. Rice
Eastern District of Washington
Thomas S. Foley United States Courthouse
920 W. Riverside Ave
Spokane Washington 99201

Dear Judge Rice,

Koby is like a son to us. He has been our son-in-law for twenty-three years. He gave us the best gift possible, three beautiful grandchildren, we will always love him. He has loved our daughter for over 28 years.  He is a great father and a good provider for his wife and children. They have had many camping, hunting and fishing trips, they always had a great time and learned a lot about these activities.

Koby has been on his own since he was a teenager, he provided well for himself with the help of friends during this time. He managed to finish high school, served our country by joining the U.S. Marine Corp, graduate from college all on his own.  Then he served our country as a federal agent for 22 years.

We would like to share with you the Koby we know and love.  When Mike got sick several years ago and spent over six weeks in the hospital not knowing if he would be able to return to work.  We were afraid he would not be able to return to work and that we would lose our home. Koby reassured our daughter that he would not let that happen.  If we couldn't continue to make the payment, they would draw the money out of their retirement to make the payments.  By that gesture we where able to focus all of our energy on Mike's recovery.

His wife and children miss him so much.  This is a pivotal time in his children's life and they need there father now more than ever.  Please take them into consideration when you make your decision and to take his character into consideration when sentencing.


Sincerely,
Mike and Nelda Pool

To Whom It May Concern,

I have known Koby and Leigh Ann for almost 24 years.  I first met Koby in the academy.  I found him to be honest, helpful, fun to be around, and a good study buddy.  Quick with a joke and a smile, and also quick to lend a helping hand or provide some advice.

We then worked together.  He was always dependable and trustworthy, a good back-up partner and always willing to go the extra mile to help his fellow co-worker.

Outside of work we spent many evenings cooking out, telling stories, enjoying each other's company, making jokes at each other's expense.  With Leigh Ann he was always attentive, they would always make each other laugh and I was glad to call each of them my friends.

Koby eventually sought other opportunities.  As he moved away and on, we would still keep in touch from time to time.  I got married and raised a family, and so did Koby.  But when the opportunity arose for him to be back near Eagle Pass, we got together once again.  Cooking out, talking, catching up with our families, laughing.  We didn't miss a beat.  I could also tell how happy he was with Leigh Ann and his children.  He seemed happy, content and truly thankful for all the opportunities he had been given.

I'm not sure what the future holds for Koby, or Leigh Ann and the children.  I believe though that Koby would want to be there for his children.  To help them and be there for them as he was for me.  I know he would continue to be a loving husband and friend to Leigh Ann and a helpful and caring father to his children. I pray for the best for Koby, Leigh Ann and the children.

Respectfully and Sincerely,

Daniel Stanwick

444 Eagle Point Rd.

Eagle Pass, Texas 78852

830.513.8008

July 22, 2024

To whom it may concern:

My name is Brenda De La Cruz and I would like to have my letter of character witness for Koby Williams taken into consideration.

I have known Koby Williams and his family for over 20 years, he and my husband were in the same Border Patrol class in Charleston, South Carolina at the beginning of their amazing careers.  Meeting Koby and his wife was a blessing to us, over the years they have become part of the family to my husband, myself and my children. Koby Williams is a hard-working, kind, honest, there for you, friend. The news of his arrest, shocked me immensely. I have only known Koby Williams to be forthcoming, hard-working, and honest. He is a great father and husband, and I believe his incarceration would be a detriment to his children's futures!  Many times, we hear children need their fathers. I believe at this pivotal point in his children's lives he is better suited at home, his children and his wife need him home.

I respectfully conclude my character letter, hoping the court can see Koby Williams, the way we all see him, as a great friend, husband, father, and law enforcement officer. Please feel free to reach out to us with any questions.

Thank you for your time
Brenda DeLaCruz
954-236-2271