

# OFFICE OF INSPECTOR GENERAL
**Department of Homeland Security**

## MEMORANDUM OF ACTIVITY

**Type of Activity:** Intelligence Analysis

| Case Number: I22-ICE-SEA-39401 | Case Title: KOBY D WILLIAMS; SUPVY DETNTN & DEPORTATN OFFCR; GS-13; ICE; YAKIMA, WA |
|---|---|

On September 27, 2022, Dustin Smith, Special Agent (SA), Department of Homeland Security, Office of the Inspector General (DHS OIG), Seattle, WA, received information from Jesse Carr, Intelligence Analyst, Digital Forensics and Analysis Unit (DFAU), DHS OIG. The information received pertained to Koby Williams, former Supervisory Detention and Deportation Officer (SDDO), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), Yakima, WA.

As background, SA Smith requested DFAU conduct an audit of Williams' access and search history to those systems to determine if he was using the databases to further his criminal behavior. [Agent Note: On July 26, 2022, Williams was arrested by the Othello Police Department, Othello, WA, for attempted sexual exploitation of a minor, 2nd degree rape, and communication with a minor for immoral purposes. When he was arrested Williams was armed with his ICE issued duty weapon and operated his ICE issued Government Owned Vehicle to the location.]

Carr analyzed Williams' security clearance application, police reports and other documents. Carr then compiled a list of Williams' family members, coworkers, references and other possible associates, their addresses and vehicle information. Carr then checked the information against the documentation he received regarding the history of Williams' ICE computer usage. Nothing derogatory was discovered and the usage appeared normal.

| Name, Title, Signature, and Date: | Reviewing Official Name, Title, Signature, and Date: |
|---|---|
| Dustin Smith Special Agent 12/6/2022 | Kevin Brannon Assistant Special Agent in Charge 12/6/2022 |

### IMPORTANT NOTICE

This report is intended solely for the official use of the Department of Homeland Security, or any entity receiving a copy directly from the Office of Inspector General, and is disseminated only on a need to know basis. This report remains the property of the Office of Inspector General, and no secondary distribution may be made, in whole or in part, outside the Department of Homeland Security, without prior authorization by the Office of Inspector General. Public availability of the report will be determined by the Office of Inspector General under 5 U.S.C. 552. Unauthorized disclosure of this report may result in criminal, civil, or administrative penalties.

89